# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 81  SSM 16
JPMorgan Chase Bank National
Association,
     Appellant,
   v.
Barbara J. Kelleher,
     Respondent,
et al.,
     Defendants.

Submitted by Joseph F. Battista, for appellant.
Submitted by Michele L. Anderson, for respondent.

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs. Under these circumstances, Supreme Court did not abuse its discretion in denying plaintiff an extension of time to serve defendant Barbara J. Kelleher in the interest of justice pursuant to CPLR 306-b.  Chief Judge DiFiore and Judges Rivera, Fahey, Garcia, Wilson, Singas and Cannataro concur.

Decided October 12, 2021